

SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
 JUSTICES

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx

# Court of Appeals
# First District
**301 Fannin Street**
**Houston, Texas 77002-2066**

June 3, 2015

Benny Joseph Walker
#01877490 TDCJ
Allred Unit
2110 F.M. 369 North
Iowa Park, TX 76367

> **RE:** **Court of Appeals Number:** 01-13-00739-CR, 01-13-00740-CR, 01-13-00741-CR,
> 01-13-00742-CR,
> **Trial Court Case Number:** 16407, 16408, 16409, 16410
>
> **Style:** Benny Joseph Walker v. The State of Texas

This is to acknowledge your communication received May 11, 2015.  Our Court does not provide free copies of any documents without prepayment of costs and postage.  The fees associated with obtaining copies of court records are as follows:  ten cents ($0.10) per page for the first 50 pages, and 50 cents ($0.50) per page thereafter.  Certified copies including certificate and seal certification are one dollar ($1.00) per page with a five dollar ($5.00) minimum.

The costs for your request is/are (delete one) as follows:

Reporter's records: 1695 pgs., (1645 x .50) $822.50 + (50 x .10) 5 = $827.50
Clerk's records: 3767 pgs., $1,883.50
Briefs: 86 pgs., $43.00
Opinion: 23 pgs., $11.50
Shipping fee: $14.13
Total Cost: $2,779.63

Please make the cashier's check or money order payable to Court of Appeals, First District of Texas.

Sincerely,

Christopher A. Prine, Clerk of the Court
By Jesse Rodriguez, Deputy Clerk IV